**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

DAVID WAYNE BOYLES                                                                                    PLAINTIFF

V.                                              2:06CV00176 WRW/HDY

RAY HOBBS *et al.*                                                                                      DEFENDANTS

## ORDER

Pending before the Court is Plaintiff's request for default judgment as to two of the Defendants (docket entry #48).  Plaintiff seeks an entry of default judgment as to Defendants Shaconda Brown and Lewis Scudamore.  While the Court has obtained service of process on Defendant Brown, Defendant Scudamore has not been served, nor was he served in the companion case, *Boyles v. Hobbs*, 2:04CV00006 WRW/HDY, despite the best efforts of the Court to obtain an address for him.  Therefore, while Defendant Brown may be liable for default judgment in this matter, Defendant Scudamore is not, not having been provided notice of the action against him.  At this time, when a pre-jury evidentiary hearing has not been held, entry of default judgment as to these Defendants would be premature.  Accordingly, Plaintiff's Motion (docket entry #48) is DENIED without prejudice to his right to re-file at a later date.

IT IS SO ORDERED this 14th day of February, 2007.


                                                                /s/Wm. R. Wilson, Jr.
                                                                UNITED STATES DISTRICT JUDGE


1