**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**DAVID WAYNE BOYLES**                                                                 **PLAINTIFF**


**v.**                                      **2:06-CV-00176-WRW-HDY**


**RAY HOBBS** *et al.*                                                                 **DEFENDANTS**


## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge H. David Young and the objections.  After carefully

considering the objections and making a *de novo* review of the record in this case, the Court

concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby

are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the Motion for Summary Judgment (Doc. No. 88) of separate Defendants

Banks, Hobbs, Mobley, and Harmon is GRANTED, and the claims against them are DISMISSED.

IT IS SO ORDERED this 26th day of November, 2008.


                                                        /s/ Wm. R. Wilson, Jr._____
                                                        UNITED STATES DISTRICT JUDGE