# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**DAVID WAYNE BOYLES**                                                **PLAINTIFF**

v.                              **2:06-CV-00176-WRW-HDY**

**RAY HOBBS,** *et al.*                                            **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young and the objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the claims against Defendant Shaconda Brown are DISMISSED, and she is dismissed as a party Defendant.

IT IS SO ORDERED this 6th day of February, 2009.

                                                               /s/ Wm. R. Wilson, Jr.
                                                               UNITED STATES DISTRICT JUDGE