**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DAVID WAYNE BOYLES**                                                                                       **PLAINTIFF**

v.                                            **2:06CV00176-WRW-HDY**

**RAY HOBBS,** *et al.*                                                                                           **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and the objections filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the claims against Defendant Scudamore are DISMISSED without prejudice, and Plaintiff's Complaint is DISMISSED.

IT IS SO ORDERED this 11th day of March, 2009.


                                                                                    /s/Wm. R. Wilson, Jr.
                                                                                    UNITED STATES DISTRICT JUDGE