**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DAVID WAYNE BOYLES**                                                **PLAINTIFF**

**v.**                                        **2:06CV00176-WRW-HDY**

**RAY HOBBS,** *et al.*                                               **DEFENDANTS**

<u>**JUDGMENT**</u>

        In accordance with the Court's Order entered this date, Judgment is hereby entered

dismissing this case.

        IT IS SO ORDERED this 11th day of March, 2009.


                                                        /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE